IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ST PAUL FIRE AND MARINE**
**INSURANCE COMPANY,**

    Plaintiff,

v.                                     **CASE NO. 1:04-cv-00067-AK**

**LIMEROCK INDUSTRIES INC,**
**WHITE CONSTRUCTION COMPANY INC,**

    Defendants.
_____/

## O R D E R

This matter is before the Court on the parties' Amended Status Report. (Doc. 150). This matter shall continue to be stayed, and the parties are herein directed to file another Joint status report on or before **October 20, 2008**, or sooner if developments require some action in this case prior to that date.

**DONE AND ORDERED** this   *21st*   day of July, 2008.


                                  *s/ A. KORNBLUM*
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**