IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ST PAUL FIRE AND MARINE**
**INSURANCE COMPANY,**

    Plaintiff,

v.                                                         **CASE NO. 1:04-cv-00067-AK**

**LIMEROCK INDUSTRIES INC,**
**WHITE CONSTRUCTION COMPANY INC,**

    Defendants.
_____/

## O R D E R

This matter is before the Court on the parties' Status Report filed on October 20, 2008. (Doc. 155). The report was misdirected to the district judge and has only now been referred to the undersigned. This matter has been stayed since November 10, 2005. (Doc. 90). The parties are herein directed to file separate Status Reports on or before **June 26, 2009**, which shall include their position, with a memorandum of authorities, on dismissing this lawsuit.

**DONE AND ORDERED** this _11th_ day of June, 2009.

                                                    _s/ A. KORNBLUM_____
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**