IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, a
Minnesota corporation,

    Plaintiff,

v.                                  CASE NO. 1:04-CV-67 SPM/AK

WHITE CONSTRUCTION COMPANY,
INC., a Florida corporation, and LIMEROCK
INDUSTRIES, INC., a Florida corporation,

    Defendants.
_____/

## ORDER ON DEFENDANTS'
## STIPULATION FOR SUBSTITUTION OF COUNSEL

This cause having come before the Court upon the Stipulation for Substitution of Counsel by Defendants, White Construction Company, Inc. and Limerock Industries, Inc., and the Court having reviewed the stipulation, and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Michael Piscitelli and Bradley Copenhaver of Vezina, Lawrence & Piscitelli, P.A. are hereby substituted for George E. Spofford of Glenn Rasmussen Fogarty & Hooker, P.A. as attorneys of record for Defendants, White Construction Company, Inc. and Limerock Industries, Inc., in the above-captioned litigation and that George E. Spofford and Glenn Rasmussen Fogary & Hooker shall no longer represent nor have any responsibility to represent the Defendants in this matter.

2. All pleadings, papers and other materials to be served on White Construction Company, Inc. and/or Limerock Industries, Inc. shall be delivered to Michael Piscitelli, Vezina, Lawrence & Piscitelli, P.A., The Museum Building, 300 SW First Avenue, Suite 150, Fort Lauderdale, FL 33301 and Bradley Copenhaver, Vezina, Lawrence & Piscitelli, P.A., The Walker-Lee House, 413 East Park Avenue, Tallahassee, FL 32301.

**DONE AND ORDERED** this 24TH day of August 2010.

Honorable Maurice M. Paul
Senior District Judge

cc: Michael Piscitelli
Brad Copenhaver
Alberta L. Adams
George E. Spofford, IV