IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ST PAUL FIRE AND MARINE INSURANCE COMPANY,

    Plaintiff,

v.                       CASE NO. 1:04-cv-00067-MP -WCS

LIMEROCK INDUSTRIES INC, WHITE CONSTRUCTION COMPANY INC,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 197, Joint Stipulation to Dismiss with Prejudice. The parties move the Court to dismiss all claims in the above-captioned lawsuit with prejudice, each party to bear its own fees and costs. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

    1.    The plaintiff's complaint is dismissed with prejudice and this case is closed.

**DONE AND ORDERED** this   5th   day of April, 2011

                      *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge